JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PHILIP A.,[1]

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

CASE NO. 2:25-cv-06409-DOC-MAR

JUDGMENT

It is the judgment of this Court that this action is **DISMISSED** with prejudice.

DATED:  March 24, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.